United States District Court
District of Massachusetts

|  |  |  |
|---|---|---|
| John J. Walsh, Jr. ex rel. National Labor Relations Board,  Petitioner,  v.  W.B. Mason Co. Inc.,  Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 16-11934-NMG |

**ORDER**

**GORTON, J.**

For the reasons set forth in the Memorandum and Order entered herewith, respondent W.B. Mason Co., Inc. is hereby temporarily enjoined, pursuant to § 10(j) of the National Labor Relations Act ("NLRA"), pending a final determination of the administrative proceedings before the National Labor Relations Board ("the Board"), as follows:

1) respondent shall offer immediate reinstatement to the former employees who would have been employed but for the unlawful discrimination, in their former or in substantially equivalent positions, without prejudice to their seniority or any other rights or privileges previously enjoyed;

2) respondent shall, upon request, meet and bargain in good faith with International Brotherhood of Teamsters, Local Union No. 25 as the exclusive collective-bargaining representative of its driver and driver helper employees at the facility in Boston, Massachusetts;

3) respondent shall immediately cease from interfering with, restraining or coercing employees in any other manner in the exercise of their rights under Section 7 of the NLRA;

4) respondent shall post copies of this Memorandum and Order at its Boston facility where notices to employees are customarily posted; the posting shall be maintained during the pendency of the administrative proceedings before the Board, free from all obstructions and defacements; all employees shall have free and unrestricted access to such notices, and agents of the Regional Director of Region 1 of the Board shall have reasonable access to defendant's facilities at the Boston facility to monitor compliance with this posting requirement; and

5) respondent shall, within 20 days of the issuance of this Order, serve upon the Regional Director and this Court a sworn affidavit from a responsible officer describing with specificity the manner in which defendant has complied with the terms of this Order, including how it has posted the documents required by this Order.

**So ordered.**

/s/ Nathaniel M. Gorton_____
Nathaniel M. Gorton
United States District Judge

Dated November 28, 2016